MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
JULES D. BOUCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:26-po-00103-AC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [~~PROPOSED~~] ORDER |
| JULES D. BOUCHER, | ) | |
| Defendant. | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, JULES D. BOUCHER, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.

Ms. Boucher works part time as a Behavioral Technician with the Center for Autism and Related Disorders, with widely variable hours and little flexibility in her schedule. Due to financial responsibilities within her family and in repaying past debts, Ms. Boucher has limited resources for transportation to Court. She is in communication with her counsel, who she has authorized to appear on her behalf if the Court will permit it.

Ms. Boucher hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that her interests will be represented at all times by the presence of her attorney, the same as if Ms. Boucher were personally present.

/ / /

Respectfully submitted,

Dated: November 3, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
JULES D. BOUCHER

*/s/ Jules Boucher*
JULES BOUCHER
Defendant
(Original signature retained by attorney)

[~~PROPOSED~~] ORDER

The Court, having received, read, and considered the request for a waiver of appearance, and good cause appearing therefore, GRANTS the request. IT IS HEREBY ORDERED.

Dated: November 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE