ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULES D. BOUCHER,<br><br>Defendant. | 2:26-po-00103-AC<br><br>[~~Proposed~~] ORDER TO RESET COLLATERAL AND VACATE STATUS CONFERENCE<br><br>DATE: November 9, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Status Conference is GRANTED.

It is further ordered that the status conference on November 9, 2026, is vacated and this matter is closed.

IT IS SO ORDERED.

Dated: November 9, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE